UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| W.L.S, *by and through his parents,* T.S. and J.S., *individually*, Plaintiffs, | : : : : | |
| v. | : : | No. 5:21-cv-03592 |
| SAUCON VALLEY SCHOOL DISTRICT, Defendant. | : : | |

# O R D E R

**AND NOW**, this 28th day of July, 2022, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiffs' Motion for Judgment on the Administrative Record, ECF No. 12, is **DENIED**.

2. Defendant's Motion for Judgment on the Administrative Record, ECF No. 13, is **GRANTED**.

3. The decision of the Pennsylvania Special Education Hearing Officer is **AFFIRMED**.

4. **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiffs on all claims.

5. The case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge